# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VRC CONSULTING, INC. d/b/a<br>VRC MEDICAL SERVICES, INC.,<br><br>                  Plaintiff,<br><br>- against –<br><br>MANFRED STERNBERG, ESQUIRE, and<br>MANFRED STERNBERG & ASSOCIATES,<br>PC, and CHARLTON HOLDINGS GROUP,<br>LLC, and SAMUEL GROSS,<br><br>                  Defendants. | Case No. 24-cv-00710-MEF-JSA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ADJOURNING<br>MOTION TO DISMISS** |

Plaintiff VRC Consulting, Inc. d/b/a VRC Medical Services ("VRC") and Defendants Manfred Sternberg, Esq. and Manfred Sternberg & Associates, PC (the "Sternberg Defendants"), by and through their respective counsel, stipulate to the following:

1.    Following jurisdictional discovery, on May 7, 2025, the Sternberg Defendants filed a Motion to Dismiss. [Dkt. # 44].

2.    By Stipulation dated May 19, 2025 [Dkt. #46], which the Hon. Jessica S. Allen, U.S.M.J., So Ordered on May 22, 2025 [Dkt. #47], the parties agreed to a revised briefing schedule for the Motion to Dismiss to afford VRC's new counsel additional time to review the file and become familiar with the matter.

3.    By Stipulation dated June 23, 2025 [Dkt. #48], the parties stipulated and agreed to a revised briefing schedule for the Motion to Dismiss as follows:

    a.  VRC's opposition papers shall be filed on or before July 25, 2025; and

    b.  The Sternberg Defendants' reply papers shall be filed on or before August 13, 2025.

4. Due to scheduling conflicts, the Sternberg Defendants' counsel requested, and VRC's counsel kindly consented, to adjust the briefing schedule to extend the Sternberg Defendants' time to submit their reply papers in further support of the motion to dismiss.

5. The parties stipulate and agree that the Sternberg Defendants' reply papers shall be filed on or before August 22, 2025.

Dated: August 7, 2025

| By: JARDIM MEISNER SALMON SPRAGUE & SUSSER, P.C | By: LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| s/ Bennet Susser (e-sign consented) | s/ Adam T. Hoffman |
| Bennet Susser, Esq. | Adam T. Hoffman, Esq. |
| 30-B Vreeland Road; Suite 100 | One Riverfront Plaza; Suite 800 |
| Florham Park, New Jersey 07932 | Newark, NJ 07102 |
| Tel.: (973) 845-7640 | Tel.: (212) 232-1300 |
| bennet@jmslawyers.com | adam.hoffman@lewisbrisbois.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| *VRC Consulting, Inc.* | *Manfred Sternberg, Esquire, and* |
| *d/b/a VRC Medical Services* | *Manfred Sternberg & Associates, PC* |

SO ORDERED.

_____
Hon. Jessica S. Allen, U.S.M.J.

Dated: _____, 2025