AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

VRC CONSULTING, INC. et al.
*Plaintiff*
v.
MANFRED STERNBERG, ESQUIRE, et al.
*Defendant*

Case No. 24-cv-710-MEF-JSA

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff VRC CONSULTING, INC. d/b/a VRC MEDICAL SERVICES .

Date: 08/19/2026

*Attorney's signature*

Michael V. Gilberti, NJ ID. 002301981
*Printed name and bar number*

Jardim, Meisner, Salmon, Sprague & Susser, PC
30B Vreeland Road, Suite 100
Florham Park, NJ 07932
*Address*

mgilberti@jmslawyers.com
*E-mail address*

(973) 845-7448
*Telephone number*

(973) 845-7645
*FAX number*