LEWIS BRISBOIS

Adam T. Hoffman
One Riverfront Plaza, Suite 800
Newark, New Jersey 07102
Adam.Hoffman@lewisbrisbois.com
Direct: 646.783.1737

September 25, 2026

**VIA CM/ECF**

Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: *VRC Consulting Services, Inc. v. Manfred Sternberg, Esq., et al.*
Case No.: 2-24-cv-00710-MEF-JSA

Dear Judge Farbiarz:

We represent defendants Manfred Sternberg, Esq. and Manfred Sternberg & Associates, PC (collectively, the "Sternberg Defendants") in the referenced action.

At the conference held on September 22, 2026, Your Honor denied the Sternberg Defendants' motion to dismiss (the "Motion"), in part, to the extent it raised objections to personal jurisdiction, and requested that we advise whether the remaining portion of the Motion could be decided based on the existing motion submissions or if we wanted any supplemental briefing.

We respectfully write to inform the Court that the Sternberg Defendants have decided to proceed based on existing submissions without any further briefing.

Thank you for Your Honor's consideration and attention to this matter.

Respectfully submitted,

/s/ *Adam T. Hoffman*

Adam T. Hoffman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: All Counsel of Record (via CM/ECF)